**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 16-2361

DONALD L. RAGAVAGE,

       Plaintiff - Appellant,

        v.

CITY OF WILMINGTON,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Louise W. Flanagan, District Judge. (7:15-cv-00085-FL)

Submitted: May 23, 2017                Decided: June 5, 2017

Before GREGORY, Chief Judge, and NIEMEYER and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas A. Woodley, Megan K. Mechak, WOODLEY & MCGILLIVARY LLP, Washington, D.C., for Appellant. Scott C. Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, P.A., New Bern, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Ragavage appeals the district court's order granting summary judgment for the Appellee on Ragavage's 42 U.S.C. § 1983 (2012) claims based on his termination because Ragavage was not disciplined or terminated by an official with final policymaking authority. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ragavage v. City of Wilmington*, No. 7:15-cv-00085-FL (E.D.N.C. Nov. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*